# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 26−50300−cag

Chapter No.: 7

Judge: Craig A Gargotta

IN RE: **Zak & Anna, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**6/11/26** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*

*MAIL COPY OF PROOF OF CLAIM TO:*

*U. S. BANKRUPTCY COURT*

*615 E. HOUSTON STREET, ROOM 597*
*SAN ANTONIO, TX 78205*

*Jose C Rodriguez*
*Jose C. Rodriguez, Trustee*
*1101 W. 34th Street, #223*
*Austin, TX 78705*

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 3/11/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

In re:

Zak & Anna, Inc.

    Debtor

Case No. 26-50300-cag

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-5

Date Rcvd: Mar 11, 2026

User: admin

Form ID: 148

Page 1 of 3

Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zak & Anna, Inc., 22134 Pivot Point, San Antonio, TX 78261-4466 |
| 19116203 | + | Acclivity Financial, 6350 Lake Oconee Parkway, Greensboro, GA 30642-6433 |
| 19116204 | + | Acumera, 3307 Northland Dr. #500, Austin, TX 78731-4943 |
| 19116205 | + | Aruna Mehmood, 22134 Pivot Point, San Antonio, TX 78261-4466 |
| 19116206 | + | Bakemark, 3115 Great SW Pkwy #200, Grand Prairie, TX 75050-6485 |
| 19116208 | | Bexar County Appraisal District, P.O. Box 830248, San Antonio, TX 78283-0248 |
| 19116209 | #+ | Botrista, 55 Hawthorne St. 11th Fl., San Francisco, CA 94105-3914 |
| 19116210 | + | Brinks, 11110 Metric Blvd #A, Austin, TX 78758-4097 |
| 19116211 | | Cintas Corporation, P.O. Box 2409, San Antonio, TX 78298-2409 |
| 19116212 | + | Citizens Bank, 300 Broad St., Elizabethton, TN 37643-2755 |
| 19116214 | + | Coca Cola, One Coca Cola Plaza, Atlanta, GA 30313-2499 |
| 19116217 | + | Farmers Brothers, 14501 N. Freeway, Ft. Worth, TX 76177-3304 |
| 19116221 | + | Makani Media, Inc., 5303 Celts Circle, San Antonio, TX 78261-2640 |
| 19116227 | + | Shipley Do-nuts, 55 Waugh Drive #1200, Houston, TX 77007-5837 |
| 19116226 | + | Shipley Donuts, 55 Waugh Drive #1200, Houston, TX 77007-5837 |
| 19116232 | | Summit Innovations, PTV, 61-63 Mills Road, Braeside, Victoria 3195 Australia |
| 19116234 | + | Synergysuite, 9350 150E #330, Sandy, UT 84070-2702 |
| 19116238 | + | Utica Mutual, 180 Genesee St., Hartford, NY 13413-2299 |
| 19116240 | + | Zakir Mehmood, 22134 Pivot Point, San Antonio, TX 78261-4466 |
| 19116215 | + | coca cola Company, P. O. Box 1764, Atlanta, GA 30301-1764 |
| 19116223 | + | olo, 285 Fulton St. 82nd floor, New York, NY 10007-0166 |
| 19116224 | + | paytronix, 80 Bridge St., Newton, MA 02458-1119 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJCRODRIGUEZ.COM | Mar 12 2026 03:23:00 | Jose C Rodriguez, Jose C. Rodriguez, Trustee, 1101 W. 34th Street, #223, Austin, TX 78705-1907 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 11 2026 23:31:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| 19116213 | + | Email/Text: bankruptcy@cpsenergy.com | Mar 11 2026 23:31:00 | City Public Service, P.O. Box 2678, San Antonio, TX 78289-0001 |
| 19116216 | + | EDI: DISCOVER | Mar 12 2026 03:23:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 19116218 | | EDI: IRS.COM | Mar 12 2026 03:23:00 | Internal Revenue Service, Attn: Special Procedures Group, 300 E. 8th St., STOP 5022 AUS, Austin, TX 78701 |
| 19116220 | + | EDI: JPMORGANCHASE | | |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 12 2026 03:23:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 19116207 | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 11 2026 23:31:00 | Bexar County, c/o David G. Aelvoet, 112 E. Pecan St #2200, San Antonio, TX 78205 |
| 19118347 | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 11 2026 23:31:00 | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 19116222 | + Email/Text: BANKRUPTCY.NOTICES@NCRVOYIX.COM | Mar 11 2026 23:31:00 | NCR Corp, 864 Spring St NW, Atlanta, GA 30308-1007 |
| 19116225 | Email/Text: bankruptcyteam@rentokil.com | Mar 11 2026 23:31:00 | Presto-X, P. O. Box 740608, Cincinnati, OH 45274 |
| 19116233 | + EDI: SYNC | Mar 12 2026 03:23:00 | SYNCB/SAM S CLUB DC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 19116228 | + Email/Text: bankruptcynotices@sba.gov | Mar 11 2026 23:31:00 | Small Business Administration, 2 North 20th St Suite 320, Birmingham, AL 35203-4002 |
| 19116229 | + Email/Text: lrsc.legal@sba.gov | Mar 11 2026 23:31:00 | Small Business Administration, 2120 Riverfront Dr Suite 100, Little Rock, AR 72202-1794 |
| 19116230 | + Email/Text: dl-csgbankruptcy@charter.com | Mar 11 2026 23:32:00 | Spectrum, 4145 S. Falkenburg Rd, Riverview, FL 33578-8652 |
| 19116236 | Email/Text: pacer@cpa.state.tx.us | Mar 11 2026 23:31:00 | Texas Comptroller of Public Accounts, Revenue Acct Division - Bankruptcy, P.O. Box 13528 Capitol Station, Austin, TX 78711 |
| 19116235 | + Email/Text: bcd@oag.texas.gov | Mar 11 2026 23:31:00 | Texas Attorney General, Bankruptcy Division, P.O. Box 12548, Austin, TX 78711-2548 |
| 19116237 | + Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Mar 11 2026 23:31:00 | United States Attorney, Attn: AUSA, 601 NW Loop 410 #600, San Antonio, TX 78216-5597 |
| 19116239 | + EDI: WFFC2 | Mar 12 2026 03:23:00 | WELLS FARGO CARD SER, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 19116231 | + Email/Text: dl-csgbankruptcy@charter.com | Mar 11 2026 23:32:00 | spectrum business, 1600 Dublin Rd., Columbus, OH 43215-2095 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19116219 | *+ | Internal Revenue Service, Special Procedures Insolv.Sec., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19118348 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 19118384 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0542-5

Date Rcvd: Mar 11, 2026

User: admin

Form ID: 148

Page 3 of 3

Total Noticed: 41

Date: Mar 13, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Don Stecker | |
| | on behalf of Creditor Bexar County don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com |
| Jose C Rodriguez | |
| | jcrodlaw@gmail.com  lettymreyna@gmail.com;jrodriguez@ecf.axosfs.com |
| Martin Seidler | |
| | on behalf of Debtor Zak & Anna  Inc. marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |
| United States Trustee - SA12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4